UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOVID BENDER,<br><br>                      *Plaintiff(s)*,<br><br>-v-<br><br>HOVG, LLC dba BAY AREA CREDIT SERVICES, A Professional Collection Agency and JOHN DOES 1-25<br><br>                      *Defendant(s)*. | CIVIL ACTION NO.:<br><br>3:16-cv-04128-MAS-LHG<br><br><br>STIPULATION FOR DISMISSAL |

The parties, through their counsel of record, hereby stipulate that the case may be dismissed with prejudice. The parties are to bear their own fees and costs.

SIGNATURE CERTIFICATION

Pursuant to Section 2.f.4 of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Benjamin G. Kelsen, counsel for plaintiff Dovid Bender, and that I have obtained Mr. Kelsen's approval for his electronic signature to this document.

DATED: January 30, 2017         LEWIS BRISBOIS BISGAARD & SMITH LLP

                                         By:    */s/ Douglas H. Amster*
                                                  Douglas H. Amster
                                                  Attorneys for Defendant, HOVG, LLC dba BAY AREA CREDIT SERVICE

DATED: January 30, 2017       Law Offices of Benjamin G. Kelsen, Esq., LLC

                                  By:    /s/ Benjamin G. Kelsen
                                           Benjamin G. Kelsen
                                           Attorneys for Plaintiff, DOVID BENDER

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOVID BENDER,<br><br>                *Plaintiff(s)*,<br><br>-v-<br><br>HOVG, LLC dba BAY AREA CREDIT SERVICES, A Professional Collection Agency and JOHN DOES 1-25<br><br>                *Defendant(s)*. | CIVIL ACTION NO.:<br><br>3:16-cv-04128-MAS-LHG<br><br>ORDER |

## ORDER

Based on the stipulation of the parties this matter is dismissed with prejudice with each side to bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: 2/2/2017

_____
Michael A. Shipp
United States District Judge

3